# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SIGMAN, DANIEL E | § | Case No. 12-80256 |
| PALKA, LYNNE T | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                     $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                     $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ \_\_\_\_\_ as interim compensation and now requests a sum of $ \_\_\_\_\_ , for a total compensation of $ \_\_\_\_\_ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ \_\_\_\_ , and now requests reimbursement for expenses of $ \_\_\_\_ , for total expenses of $ \_\_\_\_ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/DANIEL M. DONAHUE_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-80256   MLB   Judge: MANUEL BARBOSA | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | SIGMAN, DANIEL E | | Date Filed (f) or Converted (c): | 01/28/12 (f) |
| | PALKA, LYNNE T | | 341(a) Meeting Date: | 03/01/12 |
| For Period Ending: | 09/04/14 | | Claims Bar Date: | 06/15/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 843 Woodmar Drive Crystal Lake, Illinois 60014 | 215,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 40.00 | 0.00 | | 0.00 | FA |
| 3. JPMorgan Chase Checking account | 50.00 | 0.00 | | 0.00 | FA |
| 4. TCF Bank Checking account | 100.00 | 0.00 | | 0.00 | FA |
| 5. ING Direct Savings account | 39.92 | 0.00 | | 0.00 | FA |
| 6. ING Direct Savings account | 0.54 | 0.00 | | 0.00 | FA |
| 7. Miscellanous household furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 8. approximately 300 CDs | 900.00 | 0.00 | | 0.00 | FA |
| 9. Approximately 50 DVDs | 150.00 | 0.00 | | 0.00 | FA |
| 10. Movie Posters | 500.00 | 0.00 | | 0.00 | FA |
| 11. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 12. Metlife | 1,358.00 | 0.00 | | 0.00 | FA |
| 13. MetLife | 1,014.29 | 0.00 | | 0.00 | FA |
| 14. Ameriprise IRA | 895.00 | 0.00 | | 0.00 | FA |
| 15. ING Dundee Animal Hospital 401K Net of outstanding | 15,564.00 | 0.00 | | 0.00 | FA |
| 16. Deborah Czerwonka 699 Blackthorn Drive Crystal Lak | 45,000.00 | 34,892.00 | | 34,892.00 | FA |
| 17. AMP Client Accounts | 0.00 | 0.00 | | 0.00 | FA |
| 18. 2000 Jeep Grand Cheerokee | 2,225.00 | 0.00 | | 0.00 | FA |
| 19. 2003 Ford Focus ZTS | 3,100.00 | 0.00 | | 0.00 | FA |
| 20. Desk and filing cabinet | 1,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $290,136.75   $34,892.00   $34,892.00   $0.00

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-80256   MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | SIGMAN, DANIEL E | Date Filed (f) or Converted (c): | 01/28/12 (f) |
| | PALKA, LYNNE T | 341(a) Meeting Date: | 03/01/12 |
| | | Claims Bar Date: | 06/15/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further to be done.

Initial Projected Date of Final Report (TFR): 12/01/14    Current Projected Date of Final Report (TFR): 09/01/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-80256 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | SIGMAN, DANIEL E | | Bank Name: | CONGRESSIONAL BANK |
| | PALKA, LYNNE T | | Account Number / CD #: | *******6344 MONEY MARKET |
| Taxpayer ID No: | *******4418 | | | |
| For Period Ending: | 09/04/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/15/12 | 16 | DEBORAH CZERWONKA<br>699 BLACKTHORN DR.<br>CRYSTAL LAKE, IL 60014 | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 1,203.00 |
| 04/04/12 | 16 | DEBORAH J. CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 2,406.00 |
| 05/03/12 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 3,609.00 |
| 06/05/12 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 4,812.00 |
| 06/19/12 | 001000 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018067 | 2300-000 | | 2.91 | 4,809.09 |
| 07/06/12 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 6,012.09 |
| 08/09/12 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 7,215.09 |
| 09/10/12 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 8,418.09 |
| 10/02/12 | 16 | DEBTORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 9,621.09 |
| 11/02/12 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 10,824.09 |
| 12/05/12 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 12,027.09 |
| 01/04/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 13,230.09 |
| 02/04/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 14,433.09 |
| 03/04/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 15,636.09 |
| 04/05/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 16,839.09 |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (February, 2013) | 2600-000 | | 13.68 | 16,825.41 |
| 05/02/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 18,028.41 |
| 05/02/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2013) | 2600-000 | | 16.42 | 18,011.99 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (April, 2013) | 2600-000 | | 16.99 | 17,995.00 |
| 06/04/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 19,198.00 |
| 06/04/13 | 001001 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | | 2300-000 | | 14.86 | 19,183.14 |
| | | | Page Subtotals | | 19,248.00 | 64.86 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 12-80256 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | SIGMAN, DANIEL E | | Bank Name: | CONGRESSIONAL BANK |
| | PALKA, LYNNE T | | Account Number / CD #: | *******6344 MONEY MARKET |
| Taxpayer ID No: | *******4418 | | | |
| For Period Ending: | 09/04/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/04/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2013 | 2600-000 | | 19.03 | 19,164.11 |
| 07/01/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 20,367.11 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 | | 19.53 | 20,347.58 |
| 08/05/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 21,550.58 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - July, 2013 | 2600-000 | | 21.56 | 21,529.02 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - August, 2013 | 2600-000 | | 22.86 | 21,506.16 |
| 09/16/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 22,709.16 |
| 10/03/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 23,912.16 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - September, 2013 | 2600-000 | | 22.68 | 23,889.48 |
| 11/01/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 25,092.48 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 | | 25.24 | 25,067.24 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - November, 2013 | 2600-000 | | 25.63 | 25,041.61 |
| 12/09/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 26,244.61 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - December, 2013 | 2600-000 | | 27.50 | 26,217.11 |
| 01/10/14 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 27,420.11 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - January, 2014 | 2600-000 | | 28.58 | 27,391.53 |
| 02/11/14 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 28,594.53 |
| * 02/19/14 | 001002 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE POB 7346 PHILADELPHIA, PA 19101-7346 | FED INCOME TAX PAYABLE Pursuant to Court Order entered 2/19/14 | 5800-003 | | 15,000.00 | 13,594.53 |
| 02/19/14 | 001003 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION POB 64338 CHICAGO, IL 60664-0338 | Priority Tax Claim paid pursuant to Order dated 2/19/14 | 5800-000 | | 1,423.95 | 12,170.58 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - February, 2014 | 2600-000 | | 26.97 | 12,143.61 |
| 03/06/14 | 16 | DEBORAH J. CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 13,346.61 |
| 04/07/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - March, 2014 | 2600-000 | | 29.95 | 13,316.66 |
| 04/15/14 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 14,519.66 |

Page Subtotals  12,030.00  16,693.48

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-80256 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | SIGMAN, DANIEL E | | Bank Name: | CONGRESSIONAL BANK |
| | PALKA, LYNNE T | | Account Number / CD #: | *******6344 MONEY MARKET |
| Taxpayer ID No: | *******4418 | | | |
| For Period Ending: | 09/04/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/02/14 | 16 | DEBORAH SZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 15,722.66 |
| 05/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - April, 2014 | 2600-000 | | 29.72 | 15,692.94 |
| 06/04/14 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 16,895.94 |
| 06/04/14 | 001004 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Bond Premium (#016018067) | 2300-000 | | 12.72 | 16,883.22 |
| 06/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2014 | 2600-000 | | 32.43 | 16,850.79 |
| 07/03/14 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 18,053.79 |
| 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 32.57 | 18,021.22 |
| 07/16/14 | 16 | DEBORAH CZERWONKA | BALANCE OF CONTRACT INSTALLMENT | 1129-000 | 5.00 | | 18,026.22 |
| * 09/04/14 | 001002 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE POB 7346 PHILADELPHIA, PA 19101-7346 | FED INCOME TAX PAYABLE STOPPED PAYMENT PLACED ON CHECK #1002 (9/2/14) | 5800-003 | | -15,000.00 | 33,026.22 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 34,892.00 | 1,865.78 | 33,026.22 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 34,892.00 | 1,865.78 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 34,892.00 | 1,865.78 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET - ********6344 | 34,892.00 | 1,865.78 | 33,026.22 |
| | 34,892.00 | 1,865.78 | 33,026.22 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      3,614.00      -14,892.56

LFORM24   UST Form 101-7-TFR (5/1/2011) (Page: 7)                                     Ver: 18.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 12-80256 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | SIGMAN, DANIEL E | Bank Name: | CONGRESSIONAL BANK |
| | PALKA, LYNNE T | Account Number / CD #: | *******6344  MONEY MARKET |
| Taxpayer ID No: | *******4418 | | |
| For Period Ending: | 09/04/14 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 04, 2014 |
|---|---|---|---|---|---|---|

Case Number:  12-80256  
Debtor Name:   SIGMAN, DANIEL E

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | DANIEL M. DONAHUE | Administrative | | $0.00 | $4,239.20 | $4,239.20 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA 70139 | Administrative | | $0.00 | $2.91 | $2.91 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS ST., STE. 420<br>NEW ORLEANS, LA  70139 | Administrative | | $0.00 | $27.58 | $27.58 |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $3,138.00 | $3,138.00 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $98.50 | $98.50 |
| 000001A<br>058<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Priority | | $0.00 | $36,904.02 | $36,904.02 |
| 000005A<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Priority | | $0.00 | $3,723.95 | $3,723.95 |
| 000001B<br>070<br>7100-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA  19101-7317 | Unsecured | | $0.00 | $8,325.10 | $8,325.10 |
| 000002<br>070<br>7100-00 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $0.00 | $8,859.88 | $8,859.88 |
| 000003<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $6,454.72 | $6,454.72 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: September 04, 2014 |

Case Number:  12-80256  
Debtor Name:  SIGMAN, DANIEL E

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000004<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $1,530.35 | $1,530.35 |
| 000005B<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Bo 64338<br>Chicago, Illinois 60664-0338 | Unsecured | | $0.00 | $609.98 | $609.98 |
| 000006<br>070<br>7100-00 | Dell Financial Services, LLC<br>Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Unsecured | | $0.00 | $761.55 | $761.55 |
| 000007<br>070<br>7100-00 | Richard N. Beleutz<br>Sacks, Goreczny, Maslanka & Costello<br>100 W. Monroe St., #804<br>Chicago, Il 60603 | Unsecured | | $0.00 | $61,013.00 | $61,013.00 |
| | Case Totals: | | | $0.00 | $135,688.74 | $135,688.74 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-80256
Case Name: SIGMAN, DANIEL E
      PALKA, LYNNE T
Trustee Name: DANIEL M. DONAHUE

    Balance on hand    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $    must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Department of the Treasury | $ | $ | $ |
| 000005A | Illinois Department of Revenue | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Citibank, N.A. | $ | $ | $ |
| 000003 | American Express Bank, FSB | $ | $ | $ |
| 000004 | American Express Centurion Bank | $ | $ | $ |
| 000006 | Dell Financial Services, LLC | $ | $ | $ |
| 000007 | Richard N. Beleutz | $ | $ | $ |
| 000001B | Department of the Treasury | $ | $ | $ |
| 000005B | Illinois Department of Revenue | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

      Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*