UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SIGMAN, DANIEL E § Case No. 12-80256
PALKA, LYNNE T §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Clerk's Office
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Room 1100
Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 10/06/2014 in Courtroom 3100,
United States Courthouse
327 South Church Street
Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: /s/ Daniel M. Donahue_____
                                                Trustee


DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SIGMAN, DANIEL E § Case No. 12-80256
PALKA, LYNNE T §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 34,892.00 |
| and approved disbursements of | $ | 1,865.78 |
| leaving a balance on hand of[1] | $ | 33,026.22 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DANIEL M. DONAHUE | $ 4,239.20 | $ 0.00 | $ 4,239.20 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 3,138.00 | $ 0.00 | $ 3,138.00 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 98.50 | $ 0.00 | $ 98.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 7,475.70 |
| Remaining Balance | $ 25,550.52 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 40,627.97 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Department of the Treasury | $ 36,904.02 | $ 0.00 | $ 24,502.00 |
| 000005A | Illinois Department of Revenue | $ 3,723.95 | $ 1,423.95 | $ 1,048.52 |

Total to be paid to priority creditors $ 25,550.52

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 87,554.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Citibank, N.A. | $ 8,859.88 | $ 0.00 | $ 0.00 |
| 000003 | American Express Bank, FSB | $ 6,454.72 | $ 0.00 | $ 0.00 |
| 000004 | American Express Centurion Bank | $ 1,530.35 | $ 0.00 | $ 0.00 |
| 000006 | Dell Financial Services, LLC | $ 761.55 | $ 0.00 | $ 0.00 |
| 000007 | Richard N. Beleutz | $ 61,013.00 | $ 0.00 | $ 0.00 |
| 000001B | Department of the Treasury | $ 8,325.10 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005B | Illinois Department of Revenue | $ 609.98 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                              Case No. 12-80256-TML
Daniel E Sigman                                                     Chapter 7
Lynne T Palka
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-3          User: lorsmith                Page 1 of 2                   Date Rcvd: Sep 05, 2014
                              Form ID: pdf006               Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2014.
db           #+Daniel E Sigman,    843 Woodmar Drive,    Crystal Lake, IL 60014-8439
jdb          #+Lynne T Palka,    843 Woodmar Drive,    Crystal Lake, IL 60014-8439
18412540     +Acs/Jp Morgan Chase Ba,     501 Bleecker St,    Utica, NY 13501-2401
18822421      American Express Bank, FSB,     c o Becket and Lee LLP,     POB 3001,    Malvern, PA 19355-0701
18822422      American Express Centurion Bank,     c o Becket and Lee LLP,     POB 3001,    Malvern, PA 19355-0701
18412542     +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
18412543     +Blitt and Gaines, P.C.,     661 W. Glenn Avenue,    Wheeling, IL 60090-6017
18412544     +Capital One, N.A.,     Po Box 30273,    Salt Lake City, UT 84130-0273
18412545     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18996564    ++DELL FINANCIAL SERVICES,     P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services, LLC,      Resurgent Capital Services,
               PO Box 10390,    Greenville, SC 29603-0390)
18412547     +Freidman Anselmo Lindberg & Rappe L,     1771 W. Diehl Rd.,     #120,    Naperville, IL 60563-4917
18412548     +Harris N A,    Po Box 94034,    Palatine, IL 60094-4034
18412549    ++ILLINOIS DEPARTMENT OF REVENUE,     BANKRUPTCY DEPARTMENT,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,      Bankruptcy Section, Level 7-425,
               100 W. Randolph Street,    Chicago, IL 60101)
18857882      Illinois Department of Revenue,     Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
18412552     +MRS Associates of New Jersey,     1930 Olney Ave,    Cherry Hill, NJ 08003-2016
18412553     +Richard Beleutz,    130 S Canal  #305,    Chicago, IL 60606-3903
18412555     +SRA Associates, Inc.,     401 Minnetonka Rd.,    Hi Nella, NJ 08083-2914
18412554     +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
18412556     +United Collection Bureau, Inc.,     PO Box 1418,    Maumee, OH 43537-8418
18412558     +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
18412559     +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
18412562    ++WELLS FARGO BANK NA,     WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,     3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,      8480 Stagecoach Cir,    Frederick, MD 21701)
18412563     +Zwicker & Associates PC,     80 Minuteman Road,    Andover, MA 01810-1008
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18412541      E-mail/Text: ally@ebn.phinsolutions.com Sep 06 2014 00:30:29       Ally,    P.O. Box 380901,
               Minneapolis, MN 55438-0901
18780101      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 06 2014 00:37:45       Citibank, N.A.,
               c/o American InfoSource LP,     PO Box 248840,    Oklahoma City, OK  73124-8840
18664341     +E-mail/Text: cio.bncmail@irs.gov Sep 06 2014 00:30:42      Department of the Treasury,
               Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
18412551      E-mail/Text: bankruptcy@leadingedgerecovery.com Sep 06 2014 00:31:17
               Leading Edge Recovery Solutions,     P.O. Box 129,    Linden, MI 48451-0129
18412557      E-mail/Text: bnc@ursi.com Sep 06 2014 00:30:35       United Recovery Systems Inc,    PO Box 722929,
               Houston, TX 77272-2929
18412560     +E-mail/Text: edinkel@vikingservice.com Sep 06 2014 00:32:12       Viking Collection Service Inc,
               PO Box 59207,    Minneapolis, MN 55459-0207
                                                                                                TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18412561*   ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Webbank/Dfs,     1 Dell Way,    Round Rock, TX 78682)
18412550*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,     Centralized Insolvency Operation,
               PO Box 21126,    Philadelphia, PA 19114)
18412546    ##+Ehrenberg & Egan LLC,    330 N. Wabash Ave.,    Ste. 2905,    Chicago, IL 60611-7606
19040653    ##+Richard N. Beleutz,    Sacks, Goreczny, Maslanka & Costello,     100 W. Monroe St., #804,
               Chicago, Il 60603-1958
18514478    ##+Wells Fargo Bank NA,    Attn Clay Mosberg,    Freedman Anselmo Lindberg LLC,
               1807 W Diehl road  Ste 333,    Naperville, Il 60563-1890
                                                                                               TOTALS: 0, * 2, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: lorsmith             Page 2 of 2           Date Rcvd: Sep 05, 2014
                              Form ID: pdf006            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2014 at the address(es) listed below:
              Clay  Mosberg    on behalf of Creditor    Wells Fargo Bank, NA cmosberg@fallaw.com,
               tgirard@fallaw.com;mpost@fallaw.com;mmyers@fallaw.com;bneubauer@fallaw.com
              Daniel  Donahue     on behalf of Trustee Daniel   Donahue ddonahue@mjwpc.com,
               ddonahue@ecf.epiqsystems.com
              Daniel  Donahue    ddonahue@mjwpc.com,   ddonahue@ecf.epiqsystems.com
              Daniel M Donahue     on behalf of Trustee Daniel   Donahue ddonahue@mjwpc.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Steven J Brody     on behalf of Debtor Daniel E Sigman steve@sjbrodylaw.com,   heather@sjbrodylaw.com
              Steven J Brody     on behalf of Joint Debtor Lynne T Palka steve@sjbrodylaw.com,
               heather@sjbrodylaw.com
                                                                                             TOTAL: 7
```