UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SIGMAN, DANIEL E | § | Case No. 12-80256 |
| PALKA, LYNNE T | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:               Claims Discharged
                                                                           Without Payment:

Total Expenses of Administration:

---

     3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on           . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/DANIEL M. DONAHUE_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Harris N A Po Box 94034 Palatine, IL 60094 |  |  |  |  |  |
|  | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CONGRESSIONAL BANK | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section, Level 7-425 100 W. Randolph Street Chicago, IL 60101 | | | | | |
| | Internal Revenue Service Centralized Insolvency Operation PO Box 21126 Philadelphia, PA 19114 | | | | | |
| | Internal Revenue Service Centralized Insolvency Operation PO Box 21126 Philadelphia, PA 19114 | | | | | |
| | Internal Revenue Service Centralized Insolvency Operation PO Box 21126 Philadelphia, PA 19114 | | | | | |
| | Internal Revenue Service Centralized Insolvency Operation PO Box 21126 Philadelphia, PA 19114 | | | | | |
| 000001A | DEPARTMENT OF THE TREASURY | | | | | |
| | ILLINOIS DEPARTMENT OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Acs/Jp Morgan Chase Ba 501 Bleecker St Utica, NY 13501 | | | | | |
| | Ally P.O. Box 380901 Minneapolis, MN 55438-0901 | | | | | |
| | Ally P.O. Box 380901 Minneapolis, MN 55438-0901 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL 33329 | | | | | |
| | Capital One, N.A. Po Box 30273 Salt Lake City, UT 84130 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Sears/Cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Unvl/Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Us Dept Of Education Po Box 5609 Greenville, TX 75403 | | | | | |
| | Webbank/Dfs 1 Dell Way Round Rock, TX 78682 | | | | | |
| 000003 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000004 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000002 | CITIBANK, N.A. | | | | | |
| 000006 | DELL FINANCIAL SERVICES, LLC | | | | | |
| 000001B | DEPARTMENT OF THE TREASURY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000007 | RICHARD N. BELEUTZ | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-80256 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | SIGMAN, DANIEL E | Date Filed (f) or Converted (c): | 01/28/12 (f) |
| | PALKA, LYNNE T | 341(a) Meeting Date: | 03/01/12 |
| For Period Ending: | 11/12/14 | Claims Bar Date: | 06/15/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 843 Woodmar Drive Crystal Lake, Illinois 60014 | 215,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 40.00 | 0.00 | | 0.00 | FA |
| 3. JPMorgan Chase Checking account | 50.00 | 0.00 | | 0.00 | FA |
| 4. TCF Bank Checking account | 100.00 | 0.00 | | 0.00 | FA |
| 5. ING Direct Savings account | 39.92 | 0.00 | | 0.00 | FA |
| 6. ING Direct Savings account | 0.54 | 0.00 | | 0.00 | FA |
| 7. Miscellanous household furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 8. approximately 300 CDs | 900.00 | 0.00 | | 0.00 | FA |
| 9. Approximately 50 DVDs | 150.00 | 0.00 | | 0.00 | FA |
| 10. Movie Posters | 500.00 | 0.00 | | 0.00 | FA |
| 11. Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 12. Metlife | 1,358.00 | 0.00 | | 0.00 | FA |
| 13. MetLife | 1,014.29 | 0.00 | | 0.00 | FA |
| 14. Ameriprise IRA | 895.00 | 0.00 | | 0.00 | FA |
| 15. ING Dundee Animal Hospital 401K Net of outstanding | 15,564.00 | 0.00 | | 0.00 | FA |
| 16. Deborah Czerwonka 699 Blackthorn Drive Crystal Lak | 45,000.00 | 34,892.00 | | 34,892.00 | FA |
| 17. AMP Client Accounts | 0.00 | 0.00 | | 0.00 | FA |
| 18. 2000 Jeep Grand Cheerokee | 2,225.00 | 0.00 | | 0.00 | FA |
| 19. 2003 Ford Focus ZTS | 3,100.00 | 0.00 | | 0.00 | FA |
| 20. Desk and filing cabinet | 1,000.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $290,136.75 | $34,892.00 | | $34,892.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 18.03a

Case 12-80256   Doc 48   Filed 12/18/14   Entered 12/18/14 12:18:30   Desc Main
Document      Page 10 of 15

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-80256   MLB   Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | SIGMAN, DANIEL E | Date Filed (f) or Converted (c): | 01/28/12 (f) |
| | PALKA, LYNNE T | 341(a) Meeting Date: | 03/01/12 |
| | | Claims Bar Date: | 06/15/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing further to be done.

Initial Projected Date of Final Report (TFR): 12/01/14     Current Projected Date of Final Report (TFR): 09/01/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-80256 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | SIGMAN, DANIEL E | Bank Name: | BANK OF KANSAS CITY |
| | PALKA, LYNNE T | Account Number / CD #: | *******0090 GENERAL CHECKING |
| Taxpayer ID No: | *******4418 | | |
| For Period Ending: | 11/12/14 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/08/14 | | Trsf In From CONGRESSIONAL BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 33,026.22 | | 33,026.22 |
| 10/09/14 | 002001 | DANIEL M. DONAHUE | Trustee Compensation | 2100-000 | | 4,239.20 | 28,787.02 |
| 10/09/14 | 002002 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 3,138.00 | 25,649.02 |
| 10/09/14 | 002003 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 98.50 | 25,550.52 |
| 10/09/14 | 002004 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317 | Claim 000001A, Payment 66.4% | 5800-000 | | 24,502.00 | 1,048.52 |
| 10/09/14 | 002005 | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Claim 000005A, Payment 28.2% | 5800-000 | | 1,048.52 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 33,026.22 | 33,026.22 | 0.00 |
| Less: Bank Transfers/CD's | 33,026.22 | 0.00 | |
| Subtotal | 0.00 | 33,026.22 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 33,026.22 | |

Page Subtotals 33,026.22 33,026.22

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-80256 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | SIGMAN, DANIEL E / PALKA, LYNNE T | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******6344 MONEY MARKET |
| Taxpayer ID No: | *******4418 | | |
| For Period Ending: | 11/12/14 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/15/12 | 16 | DEBORAH CZERWONKA 699 BLACKTHORN DR. CRYSTAL LAKE, IL 60014 | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 1,203.00 |
| 04/04/12 | 16 | DEBORAH J. CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 2,406.00 |
| 05/03/12 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 3,609.00 |
| 06/05/12 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 4,812.00 |
| 06/19/12 | 001000 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | BLANKET BOND - BOND #016018067 | 2300-000 | | 2.91 | 4,809.09 |
| 07/06/12 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 6,012.09 |
| 08/09/12 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 7,215.09 |
| 09/10/12 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 8,418.09 |
| 10/02/12 | 16 | DEBTORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 9,621.09 |
| 11/02/12 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 10,824.09 |
| 12/05/12 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 12,027.09 |
| 01/04/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 13,230.09 |
| 02/04/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 14,433.09 |
| 03/04/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 15,636.09 |
| 04/05/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 16,839.09 |
| 04/08/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (February, 2013) | 2600-000 | | 13.68 | 16,825.41 |
| 05/02/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 18,028.41 |
| 05/02/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (March, 2013) | 2600-000 | | 16.42 | 18,011.99 |
| 05/09/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE (April, 2013) | 2600-000 | | 16.99 | 17,995.00 |
| 06/04/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 19,198.00 |
| 06/04/13 | 001001 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | | 2300-000 | | 14.86 | 19,183.14 |

Page Subtotals  19,248.00  64.86

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

Page: 3

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-80256 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | SIGMAN, DANIEL E | | Bank Name: | CONGRESSIONAL BANK |
| | PALKA, LYNNE T | | Account Number / CD #: | *******6344 MONEY MARKET |
| Taxpayer ID No: | *******4418 | | | |
| For Period Ending: | 11/12/14 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/04/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2013 | 2600-000 | | 19.03 | 19,164.11 |
| 07/01/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 20,367.11 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - June, 2013 | 2600-000 | | 19.53 | 20,347.58 |
| 08/05/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 21,550.58 |
| 08/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - July, 2013 | 2600-000 | | 21.56 | 21,529.02 |
| 09/11/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - August, 2013 | 2600-000 | | 22.86 | 21,506.16 |
| 09/16/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 22,709.16 |
| 10/03/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 23,912.16 |
| 10/03/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - September, 2013 | 2600-000 | | 22.68 | 23,889.48 |
| 11/01/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 25,092.48 |
| 11/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - October, 2013 | 2600-000 | | 25.24 | 25,067.24 |
| 12/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE - November, 2013 | 2600-000 | | 25.63 | 25,041.61 |
| 12/09/13 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 26,244.61 |
| 01/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - December, 2013 | 2600-000 | | 27.50 | 26,217.11 |
| 01/10/14 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 27,420.11 |
| 02/06/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - January, 2014 | 2600-000 | | 28.58 | 27,391.53 |
| 02/11/14 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 28,594.53 |
| * 02/19/14 | 001002 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE POB 7346 PHILADELPHIA, PA 19101-7346 | FED INCOME TAX PAYABLE Pursuant to Court Order entered 2/19/14 | 5800-003 | | 15,000.00 | 13,594.53 |
| 02/19/14 | 001003 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION POB 64338 CHICAGO, IL 60664-0338 | Priority Tax Claim paid pursuant to Order dated 2/19/14 | 5800-000 | | 1,423.95 | 12,170.58 |
| 03/05/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - February, 2014 | 2600-000 | | 26.97 | 12,143.61 |
| 03/06/14 | 16 | DEBORAH J. CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 13,346.61 |
| 04/07/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - March, 2014 | 2600-000 | | 29.95 | 13,316.66 |
| 04/15/14 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 14,519.66 |

Page Subtotals 12,030.00 16,693.48

Ver: 18.03a

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-80256 -MLB | Trustee Name: DANIEL M. DONAHUE |
| Case Name: | SIGMAN, DANIEL E / PALKA, LYNNE T | Bank Name: CONGRESSIONAL BANK |
| | | Account Number / CD #: *******6344  MONEY MARKET |
| Taxpayer ID No: | *******4418 | |
| For Period Ending: | 11/12/14 | Blanket Bond (per case limit): $ 1,500,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/02/14 | 16 | DEBORAH SZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 15,722.66 |
| 05/08/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - April, 2014 | 2600-000 | | 29.72 | 15,692.94 |
| 06/04/14 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 16,895.94 |
| 06/04/14 | 001004 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Bond Premium (#016018067) | 2300-000 | | 12.72 | 16,883.22 |
| 06/04/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE - May, 2014 | 2600-000 | | 32.43 | 16,850.79 |
| 07/03/14 | 16 | DEBORAH CZERWONKA | CONTRACT INSTALLMENT | 1129-000 | 1,203.00 | | 18,053.79 |
| 07/03/14 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 32.57 | 18,021.22 |
| 07/16/14 | 16 | DEBORAH CZERWONKA | BALANCE OF CONTRACT INSTALLMENT | 1129-000 | 5.00 | | 18,026.22 |
| * 09/04/14 | 001002 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE POB 7346 PHILADELPHIA, PA  19101-7346 | FED INCOME TAX PAYABLE STOPPED PAYMENT PLACED ON CHECK #1002 (9/2/14) | 5800-003 | | -15,000.00 | 33,026.22 |
| 10/08/14 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 33,026.22 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 34,892.00 | 34,892.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 33,026.22 | |
| Subtotal | | 34,892.00 | 1,865.78 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 34,892.00 | 1,865.78 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| GENERAL CHECKING - ********0090 | 0.00 | 33,026.22 | 0.00 |
| MONEY MARKET - ********6344 | 34,892.00 | 1,865.78 | 0.00 |
| | 34,892.00 | 34,892.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        3,614.00        18,133.66

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 12-80256 -MLB |
| Case Name: | SIGMAN, DANIEL E |
| | PALKA, LYNNE T |
| Taxpayer ID No: | *******4418 |
| For Period Ending: | 11/12/14 |

| | |
|---|---|
| Trustee Name: | DANIEL M. DONAHUE |
| Bank Name: | CONGRESSIONAL BANK |
| Account Number / CD #: | *******6344 MONEY MARKET |
| Blanket Bond (per case limit): | $ 1,500,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | GENERAL CHECKING - ********0090 | | | | |
| | | | MONEY MARKET - ********6344 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 0.00 | 0.00 |

Ver: 18.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*